UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   25-cv-23333-JB

RENZO BARBERI,

    Plaintiff,

v.

AMADOR INSURANCE CONSULTANTS,
LLC, *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice.  ECF No. [15]. Upon due consideration of the Joint Stipulation, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.   Each party shall bear their own attorney's fees and costs except as provided in their settlement agreement.   The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 4th day of December, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE